

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 27 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

WILLIAM LEE HEDRICK              *

    VS                           *   MISC. NO. B99-023

WAYNE SCOTT, Director            *
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION,
ET AL

## O R D E R

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The State of Texas is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2254 for Writ of Habeas Corpus by a Person in State Custody on or before **November 16, 1999.**

DONE at Brownsville, Texas, this 16th day of September 1999.

                          Felix Recio
                     United States Magistrate Judge